# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

OWNERS INSURANCE COMPANY,

    Plaintiff,

v.                                        Case No: 8:13-cv-1929-T-30MAP

SHAMBLIN AND SHAMBLIN
BUILDERS, INC. and FLORIDA FARM
BUREAU CASUALTY INSURANCE
COMPANY,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff Owners Insurance Company's Amended Motion for Stay of Discovery Pending Resolution of Plaintiff's Motion for Summary Judgment (Dkt. #26) (the "Motion"). Upon review and consideration, it is the Court's conclusion that the Motion should be denied.

Plaintiff argues that the Motion should be granted on the basis that Plaintiff's recent Motion for Summary Judgment (Dkt. #23) is both meritorious and dispositive. Plaintiff also asserts that a stay of discovery would promote judicial economy.

The Court has broad discretion in regulating discovery matters, which includes the power to stay discovery pending resolution of a dispositive motion. *Holtzman v. B/E Aerospace, Inc.*, 07-80551-CIV-MARRA, 2008 WL 2705428, at *1 (S.D. Fla. July 9, 2008) (citations omitted). However, motions for stay of discovery are generally not

favored as delaying discovery can create case management problems that impede the Court's responsibility to expedite discovery. *Feldman v. Flood*, 176 F.R.D. 651, 652 (M.D. Fla. 1997) (*citing Kron Medical Corp. v. Groth,* 119 F.R.D. 636 (M.D.N.C.1988)). Plaintiffs have not argued that they will suffer prejudice by letting discovery proceed. Therefore, it is the Court's conclusion that a stay of discovery is not appropriate at this time.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff Owners Insurance Company's Amended Motion for Stay of Discovery Pending Resolution of Plaintiff's Motion for Summary Judgment (Dkt. #26) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of June, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cv-1929 Order denying motion to stay.docx